## UNITED STATES of America, Plaintiff-Appellee

v.

## Dewuan C. WILLIAMS, Defendant-Appellant

### No. 16-3921

United States Court of Appeals, Eighth Circuit.

Submitted: June 12, 2017

Filed: June 15, 2017

Jeffrey Q. McCarther, Assistant U.S. Attorney, U.S. Attorney's Office, Kansas City, MO, for Plaintiff-Appellee

1. The Honorable Dean Whipple, United States District Judge for the Western District of Missouri.

Dewuan C. Williams, Pro Se

Before WOLLMAN, COLLOTON, and GRUENDER, Circuit Judges.

## PER CURIAM.

Dewuan C. Williams directly appeals the sentence he received after pleading guilty to a felon-in-possession offense. His counsel has filed a brief under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), in which she argues that Williams's sentence is unreasonable and requests leave to withdraw.

Upon careful review, we conclude that the district court[1] did not impose an unreasonable sentence. *See United States v. Feemster*, 572 F.3d 455, 461-62 (8th Cir. 2009) (en banc) (explaining that sentences are reviewed under deferential abuse-of-discretion standard and discussing substantive reasonableness). In addition, having independently reviewed the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no nonfrivolous issues for appeal. Accordingly, we grant counsel leave to withdraw, and we affirm Williams's sentence.